1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MAURICE L. ROBINS,                    ) NO. ED CV 13-1671-ODW(E)
                                         )
12                  Petitioner,          )
                                         )    ORDER ACCEPTING FINDINGS,
13       v.                              )
                                         )    CONCLUSIONS AND RECOMMENDATIONS
14 DAVID LONG, Warden,                   )
                                         )    OF UNITED STATES MAGISTRATE JUDGE
15                                       )
                    Respondent.          )
16 _____)

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19 Petition, all of the records herein and the attached Report and

20 Recommendation of United States Magistrate Judge.  Further, the Court

21 has engaged in a de novo review of those portions of the Report and

22 Recommendation to which any objections have been made.  The Court

23 accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25       IT IS ORDERED that Judgment be entered denying and dismissing

26 the Petition with prejudice.

27 ///

28 ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7    DATED: September 2, 2014.

8

9

10   _____

                    OTIS D. WRIGHT, II
11                 UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28