**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE L. ROBINS, | ) NO. ED CV 13-1671-ODW(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DAVID LONG, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 2, 2014.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE